UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY SEARS,<br><br>Plaintiff(s),<br>v.<br><br>ROSS DRESS FOR LESS, INC.,<br><br>Defendant(s). | CASE NO. C26-2042-KKE<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY ACTION |

This matter comes before the Court on Defendant's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Action. Dkt. No. 11. Plaintiff filed a response indicating she does not oppose Defendant's motion. Dkt. No. 16.

According, the Court GRANTS Defendant's Motion to Compel Arbitration (Dkt. No. 11) as to each of Plaintiff's claims and further ORDERS as follows:

1) The putative class claims against Defendant are DISMISSED.
2) The above-captioned matter is STAYED until the arbitration has concluded.
3) Within 21 days of the completion of the arbitration, the parties shall submit a joint status report as to what further action the Court should take.

Dated this 3rd day of September, 2026.

Kymberly K. Evanson
United States District Judge